IN THE UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| Paula D. M. Gilliam, | ) | |
| *Debtor* | ) | Case No. 23-21158 CMB |
| | ) | Chapter 13 |
| Paula D. M. Gilliam, | ) | |
| *Movant* | ) | Related to: Document No. 9 |
| | ) | |
| No Respondents | ) | |

### ORDER OF COURT

AND NOW, to wit, this 14th day of June, 2023, it is hereby ORDERED, ADJUDGED and DECREED, that the debtor, Paula D. M. Gilliam, is hereby granted an extension until June 27, 2023 to file a completed Chapter 13 petition and plan.

Carlota M. Böhm
United States Bankruptcy Judge

FILED
6/14/23 8:58 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Paula D. M. Gilliam  
  Debtor

Case No. 23-21158-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2    User: auto    Page 1 of 1  
Date Rcvd: Jun 15, 2023    Form ID: pdf900    Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol   Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 16, 2023:**

**Recip ID    Recipient Name and Address**  
db    + Paula D. M. Gilliam, 220 Sycamore Ridge Dr., Springdale, PA 15144-1054

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 16, 2023    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 14, 2023 at the address(es) listed below:**

**Name    Email Address**

Brian Nicholas  
   on behalf of Creditor PENNYMAC LOAN SERVICES LLC bnicholas@kmllawgroup.com

Kenneth Steidl  
   on behalf of Debtor Paula D. M. Gilliam julie.steidl@steidl-steinberg.com  
   ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;trose@steidl-steinberg.com

Office of the United States Trustee  
   ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour  
   cmecf@chapter13trusteewdpa.com

TOTAL: 4