IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Paula D.M. Gilliam, | ) | Case No. 23-21158 CMB |
| *Debtor* | ) | Chapter 13 |
| | ) | |
| Paula D.M. Gilliam, | ) | Related to:  Document No. 73 |
| *Movant* | ) | |
| | ) | |
| vs. | ) | **ENTERED BY DEFAULT** |
| | ) | |
| Allegheny County, AnnTaylor/Love Loft, Barclays | ) | |
| Bank Delaware, JPMorgan Chase Bank, LVNV | ) | |
| Funding, Office of the US Trustee, PA Dept. of | ) | |
| Revenue, PennyMac, Portfolio Recovery | ) | |
| Associates, Target, US Dept. of Housing & Urban | ) | |
| Development, UPMC Physician Services, and | ) | |
| Ronda Winnecour, Trustee, | ) | |
| *Respondents* | ) | |

**ORDER APPROVING RETENTION OF REALTOR/BROKER**

AND NOW, to wit, this ___29th___ day of _____April_____, 2026, upon

consideration of the ***Application to Employ Realtor to Sell Debtor's Real Property***, it is

**ORDERED**, **ADJUDGED** and **DECREED** as follows:

1. The above referenced Application is hereby approved as of the date the Application

   was filed.

2. Liana (Cheng) Lee, and  Re/Max Top Realty, is hereby appointed as ***Realtor*** in this

   bankruptcy proceeding pursuant to the terms described in the Listing Agreement

   attached to the Application for the purpose of acting as the Movant's agent in

   connection with the sale of real estate located at 3613 Paulding Avenue, Bronx, NY

   10469.  A realtor commission in the amount of 4% is tentatively approved, subject to

   final Court order.

3. Professional personals or entities performing services in the above case are advised

   that approval of fees for professional services will be based on other factors as well

   including results accomplished, the time and labor reasonably required by the

professional to perform the task(s) involved, the customary fee for similar services, the time limitations imposed by the retention or the circumstances encountered while performing the services, the relationship of the services, if any, to the ultimate bid amount for the subject property, and the extent and nature of awards in similar cases.

4. Approval of any application for appointment of a professional in which certain fees are requested is not an agreement by the Court to allow such fees in the requested amount. Final compensation, as awarded by the Court after notice and hearing, may be more or less than the requested amount based on application of the above criteria.

5. Applicant shall serve the within Order on all interested parties and file a certificate of service.

Carlota M. Böhm
United States Bankruptcy Judge

SIGNED
4/29/26 10:27 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

CC:   **Ronda J. Winnecour, Trustee**
**Paula D.M. Gilliam, Debtor**
**Kenneth Steidl, Counsel for the Debtor**
**Liana (Cheng) Lee, and  Re/Max Top Realty**
**Office of the U.S. Trustee**

United States Bankruptcy Court

Western District of Pennsylvania

In re:

Paula D. M. Gilliam

    Debtor

Case No. 23-21158-CMB

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Apr 29, 2026 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 01, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Paula D. M. Gilliam, 220 Sycamore Ridge Dr., Springdale, PA 15144-1054 |
| r | + Liana (Cheng) Lee, 1015 Morris Park, Bronx, NY 10462-3175 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 01, 2026        Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 29, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jeffrey R. Hunt | on behalf of Creditor County of Allegheny jhunt@grblaw.com |
| Kenneth Steidl | on behalf of Debtor Paula D. M. Gilliam julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com |
| Matthew Fissel | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

District/off: 0315-2                          User: auto                                    Page 2 of 2
Date Rcvd: Apr 29, 2026                       Form ID: pdf900                               Total Noticed: 2

Sherri R Dicks
                    on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing sdicks@raslg.com


TOTAL: 6